In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00571-CR
_____


IN RE DUSTIN KYLE HATFIELD


**Original Proceeding**


**MEMORANDUM OPINION**

Dustin Kyle Hatfield filed a *pro se* petition for writ of mandamus to compel the trial court to set his case for trial. *See Smith v. Gohmert*, 962 S.W.2d 590, 593 & n.7 (Tex. Crim. App. 1998) (orig. proceeding) (Under appropriate circumstances, a defendant may obtain mandamus relief to obtain a trial setting, but mandamus is not available to compel a dismissal for want of a speedy trial.). It appears Hatfield sought a trial setting through a *pro se* motion filed while Hatfield was represented by counsel. The trial court may refuse to consider *pro se* motions that have been filed while the defendant is represented by counsel in a criminal

1

proceeding. *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). We deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on December 23, 2013
Opinion Delivered January 22, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.